In the Matter of the Application of CLIFFORD DAVIDSON, Respondent, for the Dissolution of His Marriage with HANNAH O. DAVIDSON, Appellant, Pursuant to Section 7-a of the Domestic Relations Law.— The order appealed from should be affirmed. Order unanimously affirmed, without costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN GRATTOP, Appellant.— Defendant has been convicted of the crime of second degree rape. He appeals. The complainant, a child twelve years of age, testified to the act. Each of four lay witnesses gave evidence which corroborates her testimony that the defendant had intercourse with her. A physician testified that a few hours after the alleged act he found conditions which disclosed that complainant had recently had intercourse with some man. There was proof of statements by defendant subsequent to the transaction which were in the nature of admissions of guilt. Slight error should be overlooked in view of the overwhelming proof of defendant's guilt. The judgment should be affirmed under section 542 of the Code of Criminal Procedure. Judgment affirmed. Hill, P. J., Bliss and Heffernan, JJ., concur; Schenck and Foster, JJ., dissent.

MARY QUIGLEY, Appellant, v. AMBROSE O. WHITE, Respondent.— Appeal from a judgment of the Supreme Court dismissing the complaint with costs, entered in the Washington county clerk's office on January 19, 1939, as modified on January 25, 1939, upon a jury's verdict of no cause of action. This is a negligence action for damages to the automobile of appellant resulting from a collision with defendant's automobile. The accident happened at a highway intersection in the State of Vermont. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.